# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 16, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145046 & (17)(18)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                         SC: 145046
                                         COA: 309285
                                         Oakland CC: 2012-009591-AR

KEVIN AARON LANDAU,
        Defendant-Appellant.
_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 18, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 16, 2012

_____
Clerk

d0515